# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2026

*The Court of Appeals hereby passes the following order:*

**A27A0146. DANTE D. WICKER v. MAINSTREET COMMUNITY SERVICES ASSOCIATION, INC.**

On December 10, 2025, Dante D. Wicker filed a notice of appeal from the trial court's order granting summary judgment to Mainstreet Community Services Association, Inc. In July 2026, the trial court issued a show cause order to dismiss the appeal based on Wicker's delay in paying the appeal costs. See OCGA § 5-6-48(c). Following a hearing, the trial court entered an order dismissing the appeal on July 31, 2026. On August 4, 2026, however, this Court mistakenly docketed this appeal. Because this appeal was docketed in error, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/11/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*